NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1180

SHIRE LLC,

Plaintiff-Appellee,

v.

SANDOZ, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the District of Colorado in case no. 07-CV-00197, Judge Philip A. Brimmer.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

The American Intellectual Property Law Association moves for leave to file a brief amicus curiae in support of Shire LLC.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Keith D. Parr, Esq.
Edward H. Haug, Esq.
R. Carl Moy, Esq.
Sharon A. Israel, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 9 2009

JAN HORBALY
CLERK

Roger Cook, Esq.
Charles A. Weiss, Esq.
Kevin P. Martin, Esq.

s19